UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STEVEN L. GRINOLDS,  ) Case No. CV 10-5145 JC
              Plaintiff,  )
                          ) JUDGMENT
      v.  )
                          )
MICHAEL J. ASTRUE,  )
Commissioner of Social  )
Security,  )
              Defendant.  )

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: May 10, 2011

                                              /s/
                                 Honorable Jacqueline Chooljian
                                 UNITED STATES MAGISTRATE JUDGE